**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

UNITED STATES OF AMERICA

vs.                                                     CASE NO.: 3:07cr120/MCR

CESAR OSVALDO LUNA-ENCINAS
_____/

**O R D E R**

      This matter is currently scheduled on the court's two-week trial docket commencing January 7, 2008. A hearing on Defendant's Motion to Suppress Evidence and Statements was conducted on December 13, 2007, and the matter is now under advisement. In order to allow adequate time for a ruling on defendant's motion prior to trial commencement, the trial will be continued to the court's next trial docket. Accordingly, it is ordered that the trial in this matter is continued to the two-week trial docket commencing February 4, 2008.

      SO ORDERED this 21st day of December, 2007.

                                            *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS
                                            UNITED STATES DISTRICT JUDGE**